UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
UNITED STATES OF AMERICA :
:
-against- : 19-CR-251 (VEC)
:
: ORDER
RYSHEEN SUMMERS, :
:
Defendant. :
---------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on May 9, 2019, during a proceeding before the Undersigned, Mr. Summers waived indictment, and the Court accepted his waiver.

IT IS HEREBY ORDERED that, in view of Mr. Summers having waived indictment in open court, the Clerk of Court is directed to docket the S1 Information in this case.

**SO ORDERED.**

**Date: July 14, 2026**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**